# United States Bankruptcy Court
FOR THE
Eastern District of California

| IN RE: | Raymond Thomas And Sandra Martinez Guillen<br>4433 E. Sycamore Court<br>Visalia, Ca 93292 | DATE<br>8/9/13 | Case No. 11-18392-A-13F<br>SS#1 ###-##-9056<br>SS#2 ###-##-2055 |
|---|---|---|---|

## NOTICE OF INTENTION TO PAY ADDITIONAL CLAIM

Now comes the trustee and notifies the debtor(s) and debtor(s) attorney that the following claim was filed. Such claim was not included in the previous Notice of Filed Claims, dated February 24, 2012.

| NAME OF CREDITOR | CLAIM NUMBER | AMOUNT OF CLAIM |
|---|---|---|
| Steven R Hrdlicka & Associates | | $1,768.89 |

**NOTICE IS HEREBY GIVEN** that unless an objection to the above claim is filed within 21 days of the date of this **NOTICE** the trustee will process this claim pursuant to the provisions of the debtor's confirmed Chapter 13 Plan. Debtor and debtor's counsel should review the confirmed Chapter 13 Plan and any relevant orders entered in this case. Payment of this claim, may affect the feasibility of the debtor's plan.

DATED: August 9, 2013                                    Michael H. Meyer, Chapter 13 Trustee